UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-20671-CIV-MARTINEZ-MCALILEY

IRMA BRAMAN, et al.,

    Plaintiffs,

vs.

GENERAL MOTORS, LLC,

    Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE MOTION FOR J. TODD KENNARD TO APPEAR *PRO HAC VICE*

THIS CAUSE came before the Court upon Defendant's Motion for J. Todd Kennard to Appear *Pro Hac Vice* and Request to Electronically Receive Notices of Electronic Filing (**D.E. No. 74**). After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

Defendant's Motion for J. Todd Kennard to Appear Pro Hac Vice and Request to Electronically Receive Notices of Electronic Filing (**D.E. No. 74**) is **DENIED** without prejudice. The motion to appear *pro hac vice* was filed in a conventional, as opposed to electronic, manner. The Certification of J. Todd Kennard lacks an original signature.

DONE AND ORDERED in Chambers at Miami, Florida, this 4 day of February, 2013.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record