## EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-20671-CIV-MARTINEZ-MCALILEY

| | |
|---|---|
| IRMA BRAMAN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| GENERAL MOTORS LLC, | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL BY ALL PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through their undersigned counsel, all parties in the above-captioned matter hereby stipulate that they have settled all disputes between them that were raised in and that were the subject of this action; and all claims filed in this action are hereby dismissed with prejudice and this action is hereby terminated. The parties agree that the Settlement Agreement need not be docketed or filed with this Notice of Settlement and Joint Stipulation of Dismissal.

IT IS SO STIPULATED AND AGREED:

_____
Kubs Lalchandani
Daniel J. Simon
LALCHANDANI SIMON PL
25 S.E. 2nd Ave., Suite 1020
Miami, FL 33131
Telephone: (305) 999-5921
Facsimile: (305) 671-9282
kubs@lalchandanilaw.com
danny@lslawpl.com

OF COUNSEL (*admitted Pro Hac Vice*):
Jeffrey J. Jones
J. Todd Kennard
Uchechi C. Amadi-Ihebuzor
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215
Telephone: (614) 469-3939
Facsimile: (614) 461-4198
jjjones@jonesday.com
jtkennard@jonesday.com
uamadi@jonesday.com

**Counsel for Defendant**
**General Motors LLC**

_____
Brad D. Weiss (*admitted Pro Hac Vice*)
Michael Charapp (*admitted Pro Hac Vice*)
Charapp & Weiss, LLP
8180 Greensboro Dr., Ste. 1000
McLean, VA 22102
Telephone: (703) 564-0220
Facsimile: (703) 564-0221
Brad.weiss@cwattorneys.com
Michael.charapp@cwattorneys.com

Timothy Grecsek (Florida Bar No. 156825)
David Leibowitz (Florida Bar No. 529788)
2060 Biscayne Boulevard, 2nd Floor
Miami, Florida 33137
Telephone: (305) 576-1889
Facsimile: (305) 576-9898
timothyg@bramanmanagement.com
davidl@bramanmanagement.com

Michael Nachwalter (Florida Bar No. 099989)
Ryan Zagare (Florida Bar No. 28700)
Kenny Nachwalter, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
mnachwalter@knpa.com
rzagare@knpa.com

**Counsel for Plaintiffs**
**Irma Braman, et al.**